# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**RONALD MOORE**                                                               **PLAINTIFF**

V.                  **CASE NO.: 4:15CV00773 BD**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                    **DEFENDANT**

## JUDGMENT

In accordance with the Order entered in this case, Judgment is hereby rendered in favor of Carolyn W. Colvin, Acting Commissioner, Social Security Administration, and against Plaintiff Ronald Moore.

IT IS SO ORDERED this 18th day of November, 2016.

                                                     _____
                                                     UNITED STATES MAGISTRATE JUDGE